PEOPLE ex rel. ASTOR, Appellant, v. STILLINGS et al., Respondents. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Proceeding by the People of the State of New York, on the relation of William W. Astor, against William E. Stillings and others. B. E. V. McCarty, for appellant. C. J. Nehrbas, for respondents. No opinion. Order (68 Misc. Rep. 55, 124 N. Y. Supp. 929) affirmed, with $10 costs and disbursements. Order filed.